# CORPORATE RESOLUTION AUTHORIZING FILING OF BANKRUPTCY PETITION

I, Michael Kuehner, do hereby certify that this Resolution of the Board of Directors of Kastle Investments of Nevada, LLC ("the Company"), a corporation duly organized and existing under the laws of Nevada, authorizing the Company to file a voluntary bankruptcy petition was adopted on March 24, 2025.

WHEREAS, it is in the best interests of the Company, its creditors, and other interested parties for the Company to file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

BE IT HEREBY RESOLVED that the filing of a voluntary bankruptcy petition on the Company's behalf is authorized;

FURTHER RESOLVED that Michael Kuehner is authorized to execute all documents necessary for the Company to file a voluntary petition under Chapter 11 of the Bankruptcy Code, including the voluntary petition and any schedules, lists, affidavits, certifications, or other required papers;

FURTHER RESOLVED that Michael Kuehner, the Company's managing member, is authorized to employ Paul E. Manasian, Esq. to file a voluntary bankruptcy petition on the Company's behalf and to represent the Company during the bankruptcy case;

FURTHER RESOLVED that Michael Kuehner is authorized to retain such other professionals as he deems necessary and appropriate to represent, assist, or consult with the Company during the bankruptcy case;

FURTHER RESOLVED that Michael Kuehner is authorized to take any other actions necessary to accomplish the purpose of these resolutions; and

FURTHER RESOLVED that all acts lawfully done by Michael Kuehner to effectuate the intent of these resolutions are hereby ratified and approved.

Date: March 24, 2025

Michael Kuehner
Managing Member